## Mike Turkovic *v.* Pittsburgh Crucible Steel Company, Appellant.

Argued April 17, 1918.  Appeal, No. 127, April T.,
1918, by defendant, from order of C. P. Beaver Co., De-
cember T., 1917, No. 62, dismissing appeal from decision
of Workmen's Compensation Board allowing claim in
the case of Mike Turkovic v. Pittsburgh Crucible Steel
Company.  Before ORLADY, P. J., PORTER, HENDERSON,
HEAD, KEPHART, TREXLER and WILLIAMS, JJ.  Affirmed.

Appeal from Workmen's Compensation Board.

*Error assigned* was, among others, order of the court
dismissing the appeal.

*George C. Bradshaw,* and with him *Alexander P. Lind-
say* and *John C. Sheriff,* for appellant.

*Clyde Holt,* of *Holt, Holt & Richardson,* for appellee.

OPINION BY PORTER, J., April 21, 1919:

The plaintiff was an employee of the defendant com-
pany and suffered an injury to his left hand in the

course of his employment. The referee and the Workmen's Compensation Board allowed him compensation as for the loss of the use of a hand. The court below upon appeal affirmed that finding and from that action of the court we have this appeal. The question here presented does not in any essential particular differ from that which we have considered in the case of Chovic versus the same defendant, in which an opinion has this day been filed; it would serve no useful purpose to go over the same ground again.

The appeal is dismissed at appellant's costs.